FILED
2018 Jun-29  AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Alabama

FILED

2016 JUN 29 A 10: 10

U.S. DISTRICT COURT
N.D. OF ALABAMA

|  |  |
|---|---|
| Pamela D. Gilbert<br>_____<br>*Plaintiff*<br>*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*<br><br>-v-<br><br>State of Alabama<br>Department of Human<br>Resources, et al.<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:18-CV-1007-AKK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Pamela D. Gilbert
   Street Address    1850 W. Tannehill Drive
   City and County   Florence   Lauderdale
   State and Zip Code   Alabama   35630
   Telephone Number   256-762-2740
   E-mail Address     P.Gilbert1026@gmail.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

06/28/2018

**Date**

*Samuel - D. Gilbert*

**Participant Signature**

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State of Alabama |
| Job or Title *(if known)* | Department of Human Resources |
| Street Address | 50 N. Ripley St. # 2104   (DHR) |
| City and County | Montgomery   Montgomery |
| State and Zip Code | AL   36130 |
| Telephone Number | 334 - 242 - 1310 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Nancy Buckner |
| Job or Title *(if known)* | Commissioner, DHR |
| Street Address | 50 N. Ripley St. #2104/P.O. Box 3040000 |
| City and County | Montgomery   Montgomery |
| State and Zip Code | AL   36130-4000 |
| Telephone Number | 334 - 242 - 1310 |
| E-mail Address *(if known)* | Nancy.buckner@dhr.alabama.gov |

Defendant No. 3

| | |
|---|---|
| Name | Cindy L. Bratcher |
| Job or Title *(if known)* | Director, Lauderdale Co. DHR |
| Street Address | 424 Veterans Drive |
| City and County | Florence   Lauderdale |
| State and Zip Code | AL   35630 |
| Telephone Number | 256 - 765 - 4005 |
| E-mail Address *(if known)* | Cynthia.Bratcher@DHR.alabama.go |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

    Name — Lauderdale County Human Resources Department of

    Street Address — 424 Veterans Drive

    City and County — Florence Lauderdale

    State and Zip Code — AL 35630

    Telephone Number — 256-765-4005

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: Family Medical Leave Act
29 C.F.R. §§ 25.306 - 825.306 - 825.308

Page 3 of 7

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

| ☐ | Relevant state law *(specify, if known)*: |
| --- | --- |

| ☐ | Relevant city or county law *(specify, if known)*: |
| --- | --- |

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☑  Termination of my employment.

☐  Failure to promote me.

☑  Failure to accommodate my disability.

☑  Unequal terms and conditions of my employment.

☑  Retaliation.

☑  Other acts *(specify)*:    FMLA

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

Approx. November 2016 through October 2017

C.      I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me.

☑  is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☑ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☑ age *(year of birth)* 10|26|60 *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

Mental Illness

E.    The facts of my case are as follows. Attach additional pages if needed

1) Plaintiff, Pamela D. Gilbert was hired by the Defendant State of Alabama, Lauderdale County DHR April 1, 1996
2) Defendant terminated Plaintiffs' employment October 20, 2017.
3) Prior to termination Defendant denied multiple request by plaintiff for reasonable accomodations and discrimination concerns See attached. See exhibit B

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 15, 2017

B.    The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 04|04|18

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)* See Exhibit A

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Wages from October 21, 2017 - forward including cost of Living increases, Merit increases, Longevity Pay travel and Mileage $111,000.

Punitive damage for retaliation in failure to grant Medical leave and the catastrophic illness that followed (5x annual salary) $256,355.00

See attached

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   06/28/18

Signature of Plaintiff   

Printed Name of Plaintiff   Pamela D. Gilbert

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## B.    For Attorneys

Date of signing:    _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____

III    Statement of Claim

E. 4) The Defendant did force the Plaintiff, Pamela Gilbert, to attend Mental Health counseling sessions

5) The defendant did percieve the Plaintiff to have a mental illness. See Exhibit C

6) The Defendant failed to follow through with the recommendations of the therapist.

7) In retaliation Plaintiff Gilbert was forced to work under terms and conditions that her peers were not.

8) Plaintiff was forced to obtain approval before making supervisory decisions.

9) Subordinates were informed that although Plaintiff was a Service Supervisor she was not allowed to make decisions, causing Ms. Gilbert, pain, embarassment and shame.

10) When Plaintiff made decisions the decisions were overidden by Jennifer Bolton Bittinger, immediate supervisor.

11) On or about October 2, 2017 the Defendant did make two offers to the Plaintiff for alternative employment and demotion from supervison.

The Plaintiff did reply to both Offers, with changes in the best interest of the Plaintiff.

See exhibit D

Statement of Claim Continued

III    E 12) The Defendant did not reply or make a counter offer

13) The Defendant did not use reasonable judgement in making the decision to terminate when other less drastic options were clearly and readily available.

14) The Defendant did not approve requested FMLA when the Plaintiff presented the necessary documents signed and approved by a treating, medical physician.

15) The Defendant did allow a non-medically trained individual, Cynthia Bratcher, to deny FMLA recommended by a medical professional.    See Exhibit E

16) The Plaintiff was hospitalized on October 8, 2017 suffering from severe Sepsis. The plaintiff was discharged on or about October 17, 2018. The Plaintiff had not been released from a doctors care to return to work.

17) The Defendant did terminate the Plaintiffs' employment on October 20, 2017

18) The Plaintiff is a Black Female over the age of forty and a member of a protected class

Statement of Claim

III

E. The Defendant did fill the Plaintiffs position with a younger white female.

During the final months of employment Plaintiff was ostracized by the Director, Cynthia Bratcher and Program manager, Jennifer Bolton Bittinger, causing subordinates within the office to do the same

V. Relief

Pain suffering and mental anguish
$ 300,000.00

Failure to provide reasonable
Accomodations, Failure to follow
therapist recommendations. Mental
anguish, pain and suffering $ 250,000.

Full retirement benefits restored based
on the highest pay grade attained.

Payment for Medical leave of approximately
400 hours @ $ 5000.00

Payment for medical and dental bills
outstanding from November 1, 2017 to
present

Employment record restored and
~~termination of~~ wrongful termination
removed,

6/28/18